**NEW YORK TRAP ROCK CORPORATION, Appellant, v. UNITED STATES of America, Appellee.**

No. 208.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Frederick W. Park, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y., and William E. Collins, Sp. Asst. to U. S. Atty., of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**PARTHENIA CORPORATION, Libelant-Appellee, v. Robert H. MORSE, Respondent-Appellant.**

No. 158.

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1931.

Bigham, Englar, Jones & Houston, of New York City, and Lord, Wire & Cobb, of Chicago, Ill. (Charles F. Quantrell and P. J. Kooiman, both of New York City, of counsel), for appellant.

Cooper & Cooper, of New York City (Morris Cooper, Jr., and H. H. Nordlinger, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [41 F.(2d) 961] affirmed.

**Emma RICE, as Owner of THE Scow PHILIP R. and Alex Terro, Master of Said Scow, Libelants-Appellees, v. THE Tug GOODWIN NO. 14, Her Engines, etc., Claimant-Appellant.**

No. 128.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., and John K. Hartley, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**ROCKWOOD & COMPANY, Appellee, v. NORTHWESTERN FIRE & MARINE INSURANCE COMPANY, Appellant.**

No. 179.

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1931.

See, also, 26 F.(2d) 824.

William F. Purdy, of New York City (George V. A. McCloskey, of New York City, of counsel), for appellant.

Herman Goldman, of New York City (Forrest E. Single and Thomas H. Middleton, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.